MS. DEBRA P. HACKETT
CLERK OF COURT, U. S. DISTRICT COURT
ONE CHURCH STREET
MONTGOMERY AL 36104

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

1. Article Addressed to: 1800750540

SOUTHEAST ALABAMA COMMUNITY
ACTION PARTNERSHIP, INC.
100 GEORGE WALLACE DRIVE
ENTERPRISE, AL 36330

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9290 9111 6705 8410 1111 72

3. Service Type
☒ Certified Mail® ☐ Certified Mail®
☐ Restricted Delivery

2. Article Number (Transfer from service label)

9214 7111 6705 8410 1111 78

PS Form 3811 Facsimile, July 2015     Domestic Return Receipt