# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANGEL PULLUM,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **SOUTHEAST ALABAMA** ) <br> **COMMUNITY ACTION** ) <br> **PARTNERSHIP, INC.** ) <br> ) <br> Defendant. ) | **CIVIL ACTION NO.** <br> **1:18-cv-00750-WC** |

## CONFLICT DISCLOSURE STATEMENT

Defendant Southeast Alabama Community Action Partnership, Inc. ("SEACAP"), in accordance with the Order of this Court, provides the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047 and states there are no entities to be reported.

>s/Stacey T. Bradford
>Stacey T. Bradford
>Patrick D. Schach
>LITTLER MENDELSON, P.C.
>420 20th Street North, Suite 2300
>Birmingham, Alabama 35203
>205.421.4700 (telephone)
>205.421.4699 (facsimile)
>Email: sbradford@littler.com
>Email: pschach@littler.com
>
>Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Elizabeth B. Glasgow
Ashton Ott
Farmer, Price, Hornsby & Weatherford, L.L.P.
100 Adris Place (36303)
Post Office Drawer 2228
Dothan, Alabama 36302

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

>/s/Stacey T. Bradford
>OF COUNSEL