IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGEL PULLUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18cv750-WC |
| | ) | |
| SOUTHEAST ALABAMA COMMUNITY ACTION PARTNERSHIP, INC., | ) ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the parties' Joint Motion to Extend Deadlines (Doc. 17) contained in the court's Uniform Scheduling Order (Doc. 16), it is

ORDERED that the motion is GRANTED and the Scheduling Order is AMENDED as follows:

**SECTION 4.** Plaintiff shall file any motions to amend the pleadings and to add parties on or before **March 15, 2019**. Defendant shall file any motions to amend the pleadings and to add parties on or before **April 15, 2019**.

**SECTION 7.** All discovery shall be completed on or before **June 10, 2019,** except that, as to any witnesses whose names are not revealed until the last day allowed under SECTION 8 or whose names are not revealed with sufficient time for the other parties to take a deposition prior to the pretrial conference, the opposing party shall have the time extended in this paragraph to allow for deposing such witnesses.

**SECTION 8.** The parties shall disclose to each other the identity of ANY person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence, and provide the reports of retained experts or witnesses whose duties as an employee of the party

regularly involved giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:

>From the plaintiff(s) -- on or before **May 10, 2019**.
>From the defendant(s) -- on or before **May 31, 2019**.

>The parties shall comply fully with all requirements of Rule 26(a)(2) regarding the disclosure of expert testimony.

In all other respects, the court's Uniform Scheduling Order (Doc. 16) of October 25, 2018, remains intact.

Done this 5th day of February, 2019.

>/s/ Wallace Capel, Jr.
>CHIEF UNITED STATES MAGISTRATE JUDGE