## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANGEL PULLUM,** | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.** |
| | ) | |
| vs. | ) | **1:18-cv-00750-WC** |
| | ) | |
| **SOUTHEAST ALABAMA** | ) | |
| **COMMUNITY ACTION** | ) | |
| **PARTNERSHIP, INC.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

The parties, by and through their undersigned counsel, hereby request that this Court enter the attached Protective Order and, as grounds, state as follows:

1.    Documents, information and other materials, which may be responsive, or which may be requested, or which may be otherwise due to be disclosed or produced, may contain confidential, sensitive and/or proprietary information, as well as information regarding current and/or former employees of a Defendant.

2.    Desiring to maintain the confidentiality of such information, while at the same time seeking to facilitate discovery, the parties therefore consent to the attached Protective Order.

WHEREFORE, the parties respectfully request that the attached Order be entered.

Respectfully submitted this 15th day of February, 2019.

| | |
|---|---|
| s/Elizabeth B. Glasgow | s/Patrick D. Schach |
| Elizabeth B. Glasgow | Stacey T. Bradford |
| Ashton Ott | Patrick D. Schach |
| Farmer, Price, Hornsby & | LITTLER MENDELSON, P.C. |
| Weatherford, L.L.P. | 420 20th Street North, Suite 2300 |
| 100 Adris Place (36303) | Birmingham, AL  35203 |
| Post Office Drawer 2228 | Telephone: 205.421.4700 |
| Dothan, Alabama 36302 | Facsimile: 205.449.8446 |
| Attorneys for Plaintiff | Email: sbradford@littler.com |
| | Email: pschach@littler.com |
| | Attorneys for Defendant |