## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **Angel Pullum,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.: 1:18-cv-750 |
| | § | |
| **Southeast Alabama Community** | § | **JURY DEMAND** |
| **Action Partnership, Inc.** | § | |
| **Defendant.** | § | |

## STIPULATION FOR DISMISSAL

**COMES NOW** the Plaintiff and Defendant, through counsel, and hereby stipulate and agree that the above styled case be dismissed, with prejudice, and with each party to bear their own costs. This Stipulation for Dismissal is filed by counsel for the Plaintiff, but is signed by and entered with the consent of both parties.

DATED this the 1st day of April, 2019.

/s/Elizabeth B. Glasgow
Elizabeth B. Glasgow (ASB-8348-S58E)
Attorney for Plaintiff

**OF COUNSEL:**
**FARMERPRICE LLP**
**100 Adris Place**
**Dothan, Alabama 36303**
**Tel:   (334) 793-2424**
**Fax:   (334) 792-6624**
**Email: libby@farmerprice.com**

1

**/s/Patrick D. Schach**
Stacey T. Bradford, Esq.
Patrick D. Schach, Esq.

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
**420 20th Street North, Suite 2300**
**Birmingham, Alabama 35203**
**Tel:    (205) 421-4700**
**Fax:    (205) 421-4699**

2